E-FILED

Monday, 19 October, 2009  09:35:36 AM

Clerk, U.S. District Court, ILCD

## UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF ILLINOIS

| | | |
|---|---|---|
| DARREN L. VOORHIS, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Case No. 1:09-cv-01089-HAB-JAG |
| | ) | |
| DONALD GAETZ, EDWARD JONES, LT. | ) | JURY DEMAND |
| EVANS, WEXFORD HEALTH SOURCES, | ) | |
| INC., a Florida Corporation, SYLVIA | ) | |
| MAHONE, M.D., and John Does No. 1-10 | ) | |
| | ) | |
| Defendants. | ) | |

**PROPOSED ORDER ON AGREED MOTION FOR ENTRY OF SCHEDULING ORDER**

Pursuant to Rule 16(b) of the Federal Rules of Civil Procedure, an initial scheduling conference was held on September 16, 2009, wherein all parties were represented by counsel. Following subsequent negotiations between the parties in good faith, the following time limits and settings are ordered as follows:

1. Initial Disclosures under Rule 26 shall be made on or before November 2, 2009.

2. Non-expert discovery will close on April 2, 2010.

3. Motions to compel and other motions relating to discovery shall be pursued in a diligent and timely manner.  The parties are required to meet and confer on the discovery dispute as required by Rule 37(a).  Except for good cause shown, any discovery motion that is not timely filed and any discovery motion that is filed after the discovery deadline will not be considered by the Court.

4. Any amendments to the pleadings or joinders may be sought by appropriate motion on or before the close of discovery.  Amendments thereafter may be made only on motion for good cause shown.

1

5. Disclosure of initial expert witness reports, if any, shall be made on or before May 3, 2010.

6. Disclosure of rebuttal expert witness reports such that the "evidence is intended solely to contradict or rebut evidence on the same subject matter identified by another party," shall be made on or before July 2, 2010, pursuant to Rule 26(a)(2)(C).

7. Expert discovery will close on August 2, 2010.

8. The parties shall file dispositive motions on or before September 3, 2010. No dispositive motions filed after that date will be considered by the Court.

This order shall not be modified except by leave of court on motion for good cause shown.

Date: __ 10/19/09 _____

ENTERED:

s/Harold A. Baker

HON. HAROLD A. BAKER
U.S. DISTRICT JUDGE